UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER,<br><br>                              Plaintiff,<br><br>        -against-<br><br>WENDY ISRAEL; BLANCA GUZMON;<br>NEW YORK CITY DEPARTMENT OF<br>PROBATION; ANNETTE CARCHIDI,<br><br>                              Defendants. | 23-CV-1798 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 2, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 2, 2023
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge